UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

GORDON D. AMOR  CASE NUMBER: 06-31634
SSN: xxx-xx-0007  CHAPTER 13
PAMELA J. AMOR
SSN: xxx-xx-8249
Debtors

NOTICE TO HOUSEHOLD BANK
THAT $8.79 HAS BEEN DEPOSITED INTO
THE COURT'S UNCLAIMED FUNDS ACCOUNT
IN TREASURY FUND #106000

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Household Bank, creditor herein, and deposits $8.79 into the Court Clerk's Unclaimed Funds Account in Treasury Account #106000.

1. The last known address for Household Bank was:

    P.O. Box 4153
    Carol Stream, IL 60197

2. The Standing Chapter 13 Trustee's disbursement checks have been returned with "Return to Sender, Attempted Not Known, Unable to Forward" stamped on the front of the envelope by the Postmaster.

3. Subsequent attempts to locate this creditor were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated:  April 28, 2010                                                    Respectfully Submitted,

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on April 28, 2010

By U. S. Mail to the Debtor and Creditor as follows:

Debtor(s): Gordon & Pamela Amor, 5925 S. US 35, LaPorte, IN 46350
Creditor:  Household Bank, PO Box 4153, Carol Stream, IL 60197

By electronic CM/ECF email to the following:

Debtors' Attorney:  Peter Geraci
U.S. Trustee

/s/ Debra L. Miller, Trustee
By:  Rosemary Ward-Wilson