UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

GORDON DAVID AMOR
SSN: xxx-xx-0007

CASE NUMBER: 06-31634
CHAPTER 13

PAMELA JEAN AMOR
SSN: xxx-xx-8249
Debtors

---

**NOTICE TO CHASE BANK THAT $0.71 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Chase Bank, creditor herein, and deposits $0.71 into the Court Clerk's Unclaimed Funds Account in Treasury Account #106000.

1. That the last known address for Chase Bank, was:

    P. O. Box 100018
    Kennesaw, GA 30156

2. That the Standing Chapter 13 Trustee's disbursement check has been returned with a "Unable to Deliver" stamped on the front of the envelope by the Postmaster.

3. Subsequent attempts to locate this creditor were fruitless;

4. That any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: July 19, 2010

Respectfully Submitted,

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on  July 19, 2010

By U.S. Mail postage prepaid

Debtors: Gordon and Pamela Amor, 5925 South US 35, La Porte, IN 46350
Creditor: Chase Bank, P. O. Box 100018, Kennesaw, GA 30156

By electronic mail via CM/ECF:
Debtors' Attorneys: Frank C. Hernandez, Janice L. Shei, Lavita R. Ball, Mark P. Telloyan, Peter F. Geraci
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King